DECEMBER 20, 1950

**No. 55029.**—General Aniline & Film Corp. *v.* United States, protest 160650–K.—

Plaintiff's application for rehearing granted.

**No. 55030.**—Leonard Zwyns *v.* United States, protest 146371–K.—

—C. D. 1279. Motion of Government for rehearing denied.

DECEMBER 22, 1950

**No. 55031.**—SUIT 4635.—W. T. Grant Co. *v.* United States.—

C. D. 1191 affirmed October 31, 1950. C. A. D. 440.

BEFORE THE SECOND DIVISION, DECEMBER 27, 1950

**No. 55032.**—Empire Watch Co., Inc. *v.* United States, protests 111302–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than $9/10$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra.*